UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


ALINO MAPUATA KALEMBA,     )
                          )
   Petitioner             )
                          )
v.                        )   CIVIL NO.: 2:26-cv-00244-SDN
                          )
OFFICER IN CHARGE, U.S.    )
IMMIGRATION AND CUSTOMS    )
ENFORCEMENT               )
SCARBOROUGH SUB-OFFICE,     )
et al.                    )
                          )
   Respondent(s)          )


## JUDGMENT


Pursuant to the Order entered by U.S. District Judge Stacey D. Neumann, on

May 13, 2026 and the Respondents' Status Report filed on June 10, 2026;

The Petition for Writ of Habeas Corpus is Denied without prejudice.



Jennifer P. Lyons, Clerk



By:   /s/Michelle Thibodeau
      Deputy Clerk


Dated: June 30, 2026